Arnold B. Calmann (abc@saiber.com)
Monvan Hu (mhu@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor, Suite 1000
Newark, New Jersey 07102
Telephone:  (973) 622-3333

*Of Counsel*:

| | |
|---|---|
| T. O. Kong (TKong@wsgr.com) | Lisa D. Zang (lzang@wsgr.com) |
| Wendy L. Devine (wdevine@wsgr.com) | **WILSON SONSINI GOODRICH & ROSATI** |
| Kristina M. Hanson (thanson@wsgr.com) | 633 West Fifth Street |
| **WILSON SONSINI GOODRICH & ROSATI** | Suite 1550 |
| One Market Plaza | Los Angeles, CA  90071 |
| Spear Tower, Suite 3300 | Telephone: (323) 210-2900 |
| San Francisco, CA 94105 | |
| Telephone:  (415) 947-2000 | |

Attorneys for
Mylan Technologies Inc., Mylan Pharmaceuticals Inc.,
Mylan Inc., and Mylan N.V.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN TECHNOLOGIES INC., MYLAN PHARMACEUTICALS INC., MYLAN INC., and MYLAN N.V., <br><br> Petitioners, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Respondent. | Civil Action No. 18-12022 (CCC) (MF) <br><br> **NOTICE OF DISMISSAL** <br><br> *Document Filed Electronically* |

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, petitioners Mylan Technologies Inc., Mylan Pharmaceuticals Inc., Mylan Inc., and Mylan N.V. (collectively, the "Mylan Defendants") by their attorneys, hereby voluntarily dismiss their Motion to Enforce Third-Party Subpoena to Novartis Pharmaceuticals Corporation

and to Compel a Deposition on an Expedited Schedule on Short Notice in the above entitled action.  Respondent has not filed any response to the Mylan Defendants' motion.

                    /s Arnold B. Calmann
                    ARNOLD B. CALMANN

DATED:  August 31, 2018